```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

CURTIS E. JAMES, )
d/b/a JAMES LAND COMPANY, )
) 7:07CV5008
Plaintiff, )
)
v. )
) ORDER
JAY NOVACEK, )
LEANNE NOVACEK, )
Husband and Wife, )
)
Defendants. )

IT IS ORDERED:

Paragraph 2 of the Order for Initial Progression of Case, filing 16, is amended to require that counsel shall notify the undersigned magistrate judge by joint or separate letters by **September 12, 2007** addressing the parties' mediation plans.

DATED this 2nd day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge