IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CURTIS E. JAMES, d/b/a         )
JAMES LAND COMPANY,            )
                               )
            Plaintiff,         )         7:07CV5008
                               )
      v.                       )
                               )
JAY NOVACEK, LEANNE NOVACEK,   )         ORDER
husband and wife,              )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal with prejudice (Filing No. 26). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is dismissed with prejudice.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court